UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X    NOT FOR PUBLICATION
XINGHAI LIU,

       Plaintiff,

                  **ORDER**
   - against -             18-CV-3412 (LDH) (RER)

CHINESE GOVERNMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, ADMINISTRATIVE
COMMITTEE OF HONG GU TAN NEW ZONE
OF NANCHANG OF JIANGXI PROVINCE OF
CHINA, GREENLAND HOLDINGS GROUP
CORP. LTD., SHANGHAI GREENLAND GROUP
JIANGXI SHENJIANG REAL ESTATE CO. LTD,
GREENLAND ATLANTIC YARDS LLC,

       Defendants.
---------------------------------------------------------------X

**REYES, United States Magistrate Judge:**

  The above-captioned case has been assigned to the undersigned for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Ramon E. Reyes, Jr." The Court's records reflect that the complaint in this action was filed on June 8, 2018. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

  Plaintiff shall promptly advise the Court once the defendants have been served. Accordingly, if service is not made upon defendants by September 6, 2018, or plaintiff fails to show good cause why such service has not been effected, I will recommend that the Court dismiss this action without prejudice.

1

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

SO ORDERED.

\_\_\_\_/s/_____
RAMON E. REYES, JR.
United States Magistrate Judge

Dated: June 22, 2018
Brooklyn, New York